UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

50 EGGS HOLDINGS LLC and YARDBIRD GROUP LLC,

                Plaintiffs,

v.

GOLDEN ARCHES LIMITED and
GINGER BEEF LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No. 18-cv-01181(GBD)

**STIPULATION AND ORDER OF SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Yardbird Group LLC ("Yardbird Group") and 50 Eggs Holdings LLC ("50 Eggs") ("Yardbird Entities" or "Plaintiffs") and defendants Golden Arches Limited ("Golden Arches") and Ginger Beef LLC ("Ginger Beef")(collectively "Defendants"), by their undersigned respective counsel, hereby stipulate, in accordance with a settlement agreement that was executed by these parties (the "Parties") effective as of September 14, 2018 (the "Settlement Agreement") that all of Yardbird Entities' claims against Defendants in the above-captioned action be dismissed with prejudice as of the date entered below, provided however, that the Court shall retain jurisdiction over any future matters between the Parties that originate from or arise out of any issues related to the interpretation, construction, and enforcement of the Settlement Agreement. This stipulation and order is entered without an award of costs and attorney's fees to any of the Parties.

The foregoing stipulation between counsel to the respective Parties is SO ORDERED.

Dated: New York, New York
September 14, 2018

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: _____
Theodore C. Max (TM 1742)
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701
*Attorneys for Plaintiffs 50 Eggs Holdings
LLC and Yardbird Group LLC*

FRANK SEDDIGH & CO, PC

By: _____
Frank Seddigh
Alicia M. Veglia
6121 Sunset Blvd.
Los Angeles, CA 90028
Telephone: 714-348-1077
Facsimile: 714-543-2517
*Attorneys for Defendants Golden Arches
Limited and Ginger Beef LLC*

SO ORDERED: SEP 17 2018

_____
George B. Daniel
U.S.D.J.